GERTRUDE CORNELIUS, Appellant, v. FRED M. WOOSTER, Respondent.— Motion to dismiss appeal granted and appeal dismissed.

CALVIN G. SUTLIFF and KATHERINE S. ELY, Respondents, v. BENFORD AUTO PRODUCTS, INC., Appellant.— Motion to dismiss appeal granted, unless appellant file and serve printed papers on appeal and pay to respondents' attorney ten dollars by the 5th day of April, 1921, and be ready to argue appeal at opening of May term.

In the Matter of the Judicial Settlement of the Accounts of ADDIE LABAR, as Executrix, etc., of ATWOOD E. LABAR, Deceased.— Motion to dismiss appeal granted, unless appellants file and serve printed papers on appeal and pay to respondent's attorneys ten dollars by the fifth day of April.

JOHN B. DARLICH, Respondent, v. G. MERTON ROGERS, Appellant, Impleaded with Others, Defendants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Held, the answer stricken out at Special Term as sham is not, on its face, false in fact, and it may involve matters of substantial litigation as to whether there was an agreement on the part of the plaintiff and others with the defendant that the property should be conveyed to her as a holder of the title for parties interested, including the plaintiff, for the purpose of having buildings constructed thereon, and as to whether the bond and mortgage she executed were without consideration and she incurred no liability thereon. These are questions to be determined either on a trial or a motion for judgment on the pleadings. All concur.

MARK HARRIS, Respondent, v. DOUBLEDAY, PAGE & COMPANY, Appellant. — Order affirmed, with ten dollars costs and disbursements. All concur.

CHARLES HOLDEN, Respondent, v. GEORGE J. MEYER MALTING COMPANY and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements as to the George J. Meyer Malting Company, and appeal dismissed, without costs as to the other appellants, since it appears that they did not appear upon the motion and the order was taken by default as to them. All concur.

HARRY L. ALLEN, as Trustee in Bankruptcy, etc., Appellant, v. HELEN STONE, Respondent, and Thirty-nine Other Actions Brought by the Same Plaintiff against Separate Defendants.—Orders affirmed, with ten dollars costs and disbursements in one case and disbursements in each case. All concur.

JOSEPH BOLGER, by EDWARD BOLGER, His Guardian ad Litem, Plaintiff, v. THE HAAS TOBACCO COMPANY, Respondent. EDWARD BOLGER, Guardian ad Litem, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.